# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammad Ghiath Alimam, | No. CV-25-02437-PHX-KML (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Kristopher Kline, et al., | |
| Respondents. | |

The court inadvertently did not include the referral to Magistrate Judge Deborah M. Fine in its July 21, 2025 order. (Doc. 4.)

**IT IS THEREFORE ORDERED** this matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 26th day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge