IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammad Ghiath Alimam, | No. CV-25-02437-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Kristopher Kline, et al., | |
| Respondents. | |

On July 11, 2025, petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking release from immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).[1] Magistrate Judge Deborah M. Fine issued a report and recommendation on August 29, 2025 recommending petitioner be granted relief on his *Zadvydas* claim. The court directed the parties to file any objections to the R&R no later than 5:00 p.m. on September 3, 2025. No objections were filed.

In reviewing an R&R, the court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection"). The R&R is adopted in full.

---

[1] Grounds one and two of the petition were dismissed upon screening. (Doc. 4.)

1  **IT IS ORDERED** the report and recommendation (Doc. 10) is **adopted**.

2  **IT IS FURTHER ORDREED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted as to ground three**. Petitioner must be released from immigration custody immediately under the same conditions that existed prior to his detention.

**IT IS FURTHER ORDERED** the Clerk of Court must enter judgment in petitioner's favor and close this case.

Dated this 4th day of September, 2025.

*[signature]*
Honorable Krissa M. Lanham
United States District Judge