# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Mohammad Ghiath Alimam,

          Petitioner,

v.

Kristopher Kline, et al.,

          Respondents.

**NO. CV-25-02437-PHX-KML**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed September 5, 2025, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to ground three. Petitioner must be released from immigration custody immediately under the same conditions that existed prior to his detention. Judgment is entered in favor of Petitioner and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

September 5, 2025

By   s/ K. Gray
Deputy Clerk